HARRY GLASER *vs.* JULES WAAS.

Third Judicial District.
Argued June 7th—decided July 31st, 1911.

ACTION to recover damages for personal injuries alleged to have been caused by the defendant's negligence, brought to the Superior Court in New Haven

(708)

County and tried to the jury before *Gager, J.;* verdict and judgment for the plaintiff for $500, and appeal by the defendant from the refusal of the trial court to set aside the verdict as against the evidence. *No error.*

*Walter P. Judson,* for the appellant (defendant).

*Harry L. Brooks,* with whom was *Charles L. Brooks,* for the appellee (plaintiff).

Opinion filed with the clerk of the Superior Court in New Haven County.